ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1010
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiffs

SONIA R. MARTIN
SNR DENTON US LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, CA 94596
Telephone (925) 949-2600
State Bar No. 191148

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL FLOHR, | ) | No. 10-03505 LHK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| vs. | ) | ORDER AMENDING COMPLAINT AND |
| | ) | FOR COMPROMISE OF MINOR'S |
| ALLSTATE INSURANCE | ) | CLAIMS WITHOUT APPEARANCE OR |
| COMPANY, et al., | ) | HEARING; AND ORDER THEREON |
| | ) | |
| Defendants. | ) | |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

Stip. and Order Amending Complaint, etc.

1. The parties, after participating in a lengthy mediation, have agreed to a settlement of the entire action. The settlement reached in this matter is intended to fully resolve any and all claims that the Plaintiff, MICHAEL FLOHR, has and may have, and includes any and all claims, if any, that the minor child of said Plaintiff, ILIANA FLOHR, has and may have.

2. In order to give full effect and meaning to such settlement said minor child of Plaintiff, ILIANA FLOHR, is to be added as a plaintiff to the within action, with her father, MICHAEL FLOHR, Plaintiff, being appointed as her Guardian Ad Litem, and said Amendment to the Complaint is deemed to be filed and served. Said minor is to be represented by Albert L. Boasberg, Esq. The Proposed First Amended Complaint is attached hereto as Exhibit "A" and is incorporated herein.

3. The Answer filed by Defendant, ALLSTATE INSURANCE COMPANY, to the complaint of Plaintiff, MICHAEL FLOHR, is deemed to be the Answer to the First Amended Complaint including as Plaintiffs to this action ILIANA FLOHR, and the same is deemed to be filed and served.

4. The provisions of California Rules of Court, Rule 7.952(a), requiring the appearance of the minor and her Guardian Ad Litem, should be dispensed with in accordance with said Rule, as the parties request that the petition to compromise the minor's claims be handled without the necessity of a hearing or appearance in an effort to expedite the settlement, and to avoid the necessity of the child having to be taken out of school to attend the hearing.

5. The total and global settlement in this action is

2

_____
Stip. and Order Amending Complaint, etc.

confidential, consisting of payment for alleged damage to and repair of the FLOHR residence allegedly as a result of a water loss.  The minor child was not a named insured under the policy, and held no interest in the damaged residence.

6.  The settlement funds allocated to the minor child in order to resolve all possible claims against defendant is the sum of $500.00.  Such funds are not to be held in a blocked, interest-earning account, subject to withdrawal only by Court order, but are to be held by Plaintiff, MICHAEL FLOHR, for the sole use and benefit of said child.

7.  There are no unresolved liens pertaining to said minor, the claims involved in this matter do not stem from wrongful death, and Plaintiffs' counsel did not become involved in the matter at the request of a person or insurance company against whom the claim is asserted.

8.  Defendant, ALLSTATE INSURANCE COMPANY, is the sole defendant in this action, and is participating in this settlement and compromise.

9.  There are no costs expended by counsel for the minor Plaintiff, and said counsel will not be claiming any attorney's fees from the minor's portion if approved by this Court.

10.  This compromise and settlement is in the best interests of said minor child as she was not a party to, nor held an interest in the insurance policy, or the property, which are subjects of this action, and said minor child suffered no long-term injuries or damages as a result of the allegations set forth in the First Amended Complaint.  This settlement also avoids the expense, delay and uncertainty of further litigation, so that said minor child will be able to move on with her life and not be exposed to the disruption, confusion, and potential trauma that can be associated with minors involved in litigation.

_____
Stip. and Order Amending Complaint, etc.

IS IT SO STIPULATED.


Dated: April 27, 2011.                     _____/s/ Albert L. Boasberg_____
                                            ALBERT L . BOASBERG,
                                            Attorney for Plaintiffs

                                            SNR DENTON, LLP


Dated:  April 27, 2011.        By:    _____/s/ Sonia Martin_____
                                            SONIA R. MARTIN,
                                            Attorney for Defendant


### ~~PROPOSED~~ ORDER

Upon consideration of the joint stipulation for amending the complaint and for minors' compromise, and for good cause appearing therefor:

IT IS HEREBY ORDERED:

1. Plaintiffs are allowed to file the First Amended Complaint attached to the Stipulation as Exhibit "A,".

2. Plaintiff, MICHAEL FLOHR, the father, is appointed as the Guardian Ad Litem to act in the best interests of said minor, ILIANA FLOHR, a minor in this action;

3. The Answer originally filed by defendant, ALLSTATE INSURANCE COMPANY, to the original Complaint shall be deemed responsive to the First Amended Complaint, and shall be deemed filed and served as of the date the First Amended Complaint is filed.

4.    The requested compromise of the minor's action and disposition of the proceeds of the settlement is approved.  Defendant, ALLSTATE INSURANCE COMPANY, is to pay the sum of $500.00 to minor Plaintiff, ILIANA FLOHR, and is to deliver such sum payable to MICHAEL FLOHR, who is to use said funds solely for the use and benefit of said minor.

5.    No attorney's fees or costs are to be paid to any counsel out of said minor's settlement proceeds.

6.    Plaintiff, MICHAEL FLOHR, is authorized to execute any and all documents reasonably necessary to carry out the terms of the settlement approved herein.

Dated:  May 2 , 2011.                                       _Lucy H. Koh_____
                                                                       U.S. District Judge

Stip. and Order Amending Complaint, etc.