ALBERT L. BOASBERG (State Bar No. 31205)
Alexander Building, Suite 1010
155 Montgomery Street
San Francisco, California  94104
Telephone: (415) 989-6960
Email:        aboasberg@sbcglobal.net

Attorney for Plaintiff
MICHAEL FLOHR

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MEGAN BARKER (State Bar No. 245991)
SNR DENTON US LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:        michael.barnes@snrdenton.com
                  sonia.martin@snrdenton.com
                  megan.barker@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL FLOHR,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 5:10-CV-03505 LHK<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>**[FED.R.CIV.P. 41(A)(1)(ii)]** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that
2  this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its own
3  fees and costs.

Respectfully Submitted,

Dated: May 25, 2011                LAW OFFICES OF ALBERT L. BOASBERG


By      /s/ Albert L. Boasberg
                ALBERT L. BOASBERG

Attorneys for Plaintiff MICHAEL FLOHR

Dated: May 25, 2011                SNR DENTON US LLP


By       /s/ Sonia Martin
                SONIA MARTIN
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the referenced matter is hereby dismissed in its entirety with prejudice.   The clerk shall close the file.
**IT IS SO ORDERED.**

DATED:  May 31, 2011

*Lucy H. Koh*
United States District Court Judge